**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| André Clark, Kevin Erny, Kristin Richeimer, Llarallynan Sutherland, and Murry Wynes, individually and as representatives of a class of similarly situated persons, and on behalf of the Oasis Retirement Savings Plan,<br><br>                    Plaintiffs,<br>v.<br><br>Oasis Outsourcing Holdings Inc., Oasis Outsourcing Inc., Oasis Retirement Savings Plan Investment Committee, Debra Bathurst, Barbara Drames, and Terry Mayotte,<br><br>                    Defendants. | Case No: 9:18-cv-81101<br><br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs André Clark, Kevin Erny, Kristin Richeimer, Llarallynan Sutherland, and Murry Wynes respectfully move this Court for an order (1) preliminarily approving the parties Class Action Settlement Agreement; (2) approving the proposed Settlement Notices and authorizing distribution of the Notices; (3) certifying the proposed Settlement Class; (4) approving Analytics Consulting LLC as the Settlement Administrator; (5) designating Plaintiffs as Class Representatives; (6) designating Plaintiffs' counsel as Class Counsel; (7) scheduling a final approval hearing; and (8) granting such other relief as set forth in Plaintiffs' proposed Preliminary Order, submitted herewith. This motion is based on the accompanying Memorandum of Law; the Declarations of Kai Richter, André Clark, Kevin Erny, Kristin Richeimer, Llarallynan Sutherland, and Murry Wynes; and all files, records, and proceedings in this matter. Defendants do not oppose this motion as parties to the Settlement.

Dated: August 17, 2018                    s/John Yanchunis
                                          **MORGAN & MORGAN**
                                          **COMPLEX LITIGATION GROUP**
                                          John Yanchunis, FL Bar No. 324681
                                          201 North Franklin Street, 7th Floor
                                          Tampa, FL 33602
                                          Telephone: (813) 223-5505
                                          Fax: (813) 223-5402
                                          jyanchunis@forthepeople.com

                                          **NICHOLS KASTER PLLP**
                                          Kai H. Richter, MN Bar No. 029654*
                                          Brock J. Specht, MN Bar No. 0388343*
                                          Brandon T. McDonough, MN Bar No. 0393259*
                                                  *pro hac vice* applications forthcoming
                                          4600 IDS Center
                                          80 S 8th Street
                                          Minneapolis, MN 55402
                                          Telephone: 612-256-3200
                                          Facsimile: 612-338-4878
                                          krichter@nka.com
                                          bspecht@nka.com
                                          bmcdonough@nka.com

                                          *Attorneys for Plaintiffs and the proposed Class*