## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| André Clark, Kevin Erny, Kristin Richeimer, Llarallynan Sutherland, and Murry Wynes, individually and as representatives of a class of similarly situated persons, and on behalf of the Oasis Retirement Savings Plan,<br><br>        Plaintiffs,<br><br>v.<br><br>Oasis Outsourcing Holdings Inc., Oasis Outsourcing Inc., Oasis Retirement Savings Plan Investment Committee, Debra Bathurst, Barbara Drames, and Terry Mayotte,<br><br>        Defendants. | Case No: 9:18-cv-81101-Rosenberg/Reinhart<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Pursuant to Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated August 20, 2018 (ECF No. 11), and Article 4 of the Parties' Class Action Settlement Agreement (ECF No. 5-3), Plaintiffs André Clark, Kevin Erny, Kristin Richeimer, Llarallynan Sutherland, and Murry Wynes respectfully move this Court for an order granting final approval of the Parties' proposed Class Action Settlement Agreement. A proposed Final Approval Order is being submitted in connection with this motion and is also included as an exhibit to the Settlement Agreement. This motion is based on the accompanying Memorandum of Law; the contemporaneously-filed declarations of Kai Richter and Michelle Kopperud and exhibits thereto; the Settlement Agreement; and all files, records and proceedings in this matter. Defendants do not oppose this motion as parties to the Settlement.

Respectfully submitted,

Dated: November 14, 2018

s/John Yanchunis
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John Yanchunis, FL Bar No. 324681
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Fax: (813) 223-5402
jyanchunis@forthepeople.com

**NICHOLS KASTER PLLP**
Kai H. Richter, MN Bar No. 029654*
Brandon T. McDonough, MN Bar No. 0393259*
    *admitted *pro hac vice*
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
krichter@nka.com
bmcdonough@nka.com

*Attorneys for Plaintiffs and the Settlement Class*